No. 02–819.  KONTRICK *v.* RYAN.  C. A. 7th Cir.  [Certiorari granted, 538 U. S. 998.]  Motion of the Solicitor General for leave

to participate in oral argument as *amicus curiae* and for divided argument granted.